Raymond A. Myers, Respondent, v. Maurice Daley, Appellant.— Judgment affirmed, with costs, upon the grounds stated in the per curiam memorandum

handed down in the case of *Myers* v. *Daley* [*ante*, p. 879], decided herewith. All concur.